UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVORY J. VALENTINE, | No. C 09-4586 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| Warden CURRY, | |
| Respondent. | |

The petition for rehearing, which also requests relief from the judgment under Federal Rule of Civil Procedure 60, is DENIED as meritless. (Docket # 10.)

IT IS SO ORDERED.

DATED: 1/3/2011

Marilyn Hall Patel
United States District Judge